**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **2DN, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4294618** | |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6625 S. Valley View Boulevard, #236** <br> **Las Vegas, NV 89118-4554** <br> Number, Street, City, State & ZIP Code | <br> <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    _____

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **2DN, LLC**
_____
          Name                                                        Case number (*if known*) _____

| | | |
|---|---|---|

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____    When _____    Case number _____

District _____    When _____    Case number _____

| Debtor | **2DN, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **2DN, LLC**
Name                                                              Case number (*if known*)

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **2DN, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 25, 2021**
             MM / DD / YYYY

**X** **/s/ Daniel Nisley**            **Daniel Nisley**
Signature of authorized representative of debtor      Printed name

Title  **Manager**

---

**18. Signature of attorney**

**X** **/s/ David Mincin**          Date **February 25, 2021**
Signature of attorney for debtor                  MM / DD / YYYY

**David Mincin 5427**
Printed name

**MINCIN LAW, PLLC**
Firm name

**7465 W. Lake Mead Boulevard, #100**
**Las Vegas, NV 89128**
Number, Street, City, State & ZIP Code

Contact phone  **702-852-1957**      Email address  **dmincin@mincinlaw.com**

**5427 NV**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **2DN, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **STATEMENT OF FINANCIAL AFFAIRS**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 25, 2021**    *X* **/s/ Daniel Nisley**
                                   Signature of individual signing on behalf of debtor

                                   **Daniel Nisley**
                                   Printed name

                                   **Manager**
                                   Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>2DN, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $ _____ 0.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ _____ 0.00

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ 0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **12,517,867.70**

4. Total liabilities ...........................................................................................................................
   Lines 2 + 3a + 3b                                                                   $ **12,517,867.70**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **2DN, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor     **2DN, LLC**                                          Case number *(If known)* _____
           Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **2DN, LLC**
Name

Case number *(If known)* _____

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **2DN, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**2DN, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
     out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address** **ABC COMPANIES** **1506 NW 30TH STREET** **Faribault, MN 55021** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed **Basis for the claim:** __BUSINESS DEBT / MARQUE MOTOR COACH__ Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.2** **Nonpriority creditor's name and mailing address** **ADVANTAGE FUNDING** **3 DAKOTA DRIVE, #200** **New Hyde Park, NY 11042** Date(s) debt was incurred _ Last 4 digits of account number __3572__ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed **Basis for the claim:** __BUSINESS DEBT / MARQUE MOTOR COACH__ __2017 PREVOST ADV PUR__ Is the claim subject to offset? ■ No  ☐ Yes | **$464,910.00** |
| **3.3** **Nonpriority creditor's name and mailing address** **AMERICAN EXPRESS** **CORRESPONDENCE** **P.O. BOX #981540** **El Paso, TX 79998** Date(s) debt was incurred _ Last 4 digits of account number __6213__ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed **Basis for the claim:** __BUSINESS DEBT / MARQUE MOTOR COACH__ Is the claim subject to offset? ■ No  ☐ Yes | **$460,682.00** |
| **3.4** **Nonpriority creditor's name and mailing address** **ASCENTIUM CAPITAL** **23970 HIGHWAY 59 N** **Kingwood, TX 77339** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed **Basis for the claim:** __BUSINESS DEBT / MARQUE MOTOR COACH__ Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

Debtor   **2DN, LLC** _____    Case number *(if known)* _____
         Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$45,085.00** |
| | **BALBOA CAPITAL CORPORATION**<br>**2010 MAIN STREET, #1100**<br>**Irvine, CA 92614** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7000** | Basis for the claim: **BUSINESS DEBT / MARQUE MOTOR COACH INSTALLMENT LOAN** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| | **BELL TRANS**<br>**1900 INDUSTRIAL ROAD**<br>**Las Vegas, NV 89102** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **BUSINESS DEBT / MARQUE MOTOR COACH** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| | **CLARK COUNTY DEPT OF AVIATION**<br>**FINANCE**<br>**P.O. BOX #11005**<br>**Las Vegas, NV 89111** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **BUSINESS DEBT / MARQUE MOTOR COACH** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$22,649.40** |
| | **DAY NANCE**<br>**1060 WIGWAM PARKWAY**<br>**Henderson, NV 89074** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **BUSINESS DEBT / MARQUE MOTOR COACH LEGAL FEES** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$102,083.00** |
| | **DIAMLER TRUCK FINANCIAL**<br>**P.O. BOX #901**<br>**Roanoke, TX 76262** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **BUSINESS DEBT / MARQUE MOTOR COACH VIPI-2016 MERCEDES SPRINTER 3500 CARGO 170E** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$328,288.00** |
| | **ECF FUNDING LLC**<br>**ONE PIERCE PLACE, #1100 WEST**<br>**Itasca, IL 60143** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **6906** | Basis for the claim: **BUSINESS DEBT / MARQUE MOTOR COACH 8140-2513/2012 VAN HOOL TD925 MOTOR COACH** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$498,738.00** |
| | **EDSON FINANCIAL**<br>**2700 S. PRICE ROAD**<br>**MAC 53928-034**<br>**Chandler, AZ 85286** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2017** | Basis for the claim: **BUSINESS DEBT / MARQUE MOTOR COACH 5832-3922/2018 PREVOST MODEL H3-45 MOTOR COACH** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **2DN, LLC**
_____    Case number (if known) _____
Name

| | |
|---|---|
| 3.12 | |

**Nonpriority creditor's name and mailing address**

**EDSON FINANCIAL**
**2700 S. PRICE ROAD**
**MAC 53928-034**
**Chandler, AZ 85286**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH 1303-6225/2016 GRECH SPRINTER SHUTTLE

Is the claim subject to offset? ■ No  ☐ Yes

$54,229.00

---

| | |
|---|---|
| 3.13 | |

**Nonpriority creditor's name and mailing address**

**ENGS COMMERCIAL FINANCE CO**
**ONE PIERCE PLACE, #1100 WEST**
**Itasca, IL 60143**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0653**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH 5623-7312/2016 VOLVO 9700 MOTORCOACH/RETURNED

Is the claim subject to offset? ■ No  ☐ Yes

$379,199.00

---

| | |
|---|---|
| 3.14 | |

**Nonpriority creditor's name and mailing address**

**ENGS COMMERCIAL FINANCE CO**
**ONE PIERCE PLACE, #1100 WEST**
**Itasca, IL 60143**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH 5624-7313/2016 VOLVO 9700 MOTORCOACH/RETURNED

Is the claim subject to offset? ■ No  ☐ Yes

$379,199.00

---

| | |
|---|---|
| 3.15 | |

**Nonpriority creditor's name and mailing address**

**ENGS COMMERCIAL FINANCE CO**
**ONE PIERCE PLACE, #1100 WEST**
**Itasca, IL 60143**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6906**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH

Is the claim subject to offset? ■ No  ☐ Yes

$438,498.00

---

| | |
|---|---|
| 3.16 | |

**Nonpriority creditor's name and mailing address**

**EVERBANK COMMERCIAL FINANCE**
**P.O. BOX #911608**
**Denver, CO 80291-1608**

**Date(s) debt was incurred** _

**Last 4 digits of account number  9893**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH 5614-5957/2016 VOLVO 9700 HIGHWAY COACH

Is the claim subject to offset? ■ No  ☐ Yes

$288,364.00

---

| | |
|---|---|
| 3.17 | |

**Nonpriority creditor's name and mailing address**

**EVERBANK COMMERCIAL FINANCE**
**P.O. BOX #911608**
**Denver, CO 80291-1608**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4847**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH 5830-3919/2018 PREVOST H3-45

Is the claim subject to offset? ■ No  ☐ Yes

$557,554.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **2DN, LLC**
_____    Case number _(if known)_ _____
Name

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**FLEET FINANCING RESOURCES**
**10370 HEMET STREET, #350**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**GL VEGAS INC**
**7370 DEAN MARTIN DRIVE, #409**
**Las Vegas, NV 89139**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**GRECH MOTORS**
**6315 ARLINGTON AVENUE**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**JEFFREY ALAN WHITEAKER**
**1085 FAN CORAL AVENUE**
**Las Vegas, NV 89123**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$68,712.00** |
|---|---|---|---|

**M2 LEASE FUNDS**
**175 N. PATRICK BOULEVARD, #140**
**Brookfield, WI 53045**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH
1104-5254/2015 MERCEDES BENZ SPRINTER MODEL 3500 CARGO
17E SHUTTLE VAN

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$77,927.76** |
|---|---|---|---|

**M2 LEASE FUNDS**
**175 N. PATRICK BOULEVARD, #140**
**Brookfield, WI 53045**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **2053**

**Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$450,424.00** |
|---|---|---|---|

**MARLIN COMMERCIAL VEHICLE GROUP**
**10370 HEMET STREET, #350**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **4259**

**Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH
5626-3561/2017 PREVOST HE-45

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **2DN, LLC**
                                                              Case number (if known)
          Name

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$464,910.00** |
|---|---|---|---|

**MARLIN COMMERCIAL VEHICLE GROUP**
**10370 HEMET STREET, #350**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __4264__

Basis for the claim:  **BUSINESS DEBT / MARQUE MOTOR COACH**
**5627-3562/2017 PREVOST H3-45 MOTOR COACH**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$465,488.00** |
|---|---|---|---|

**MARLIN COMMERCIAL VEHICLE GROUP**
**10370 HEMET STREET, #350**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __4268__

Basis for the claim:  **BUSINESS DEBT / MARQUE MOTOR COACH**
**5628-3568/PREVOST HE-45 MOTOR COACH**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$513,374.00** |
|---|---|---|---|

**MARLIN COMMERCIAL VEHICLE GROUP**
**10370 HEMET STREET, #350**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __4498__

Basis for the claim:  **BUSINESS DEBT / MARQUE MOTOR COACH**
**5834-3924/2018 PREVOST H3-45 MOTORCOACH**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$378,278.00** |
|---|---|---|---|

**MARLIN COMMERCIAL VEHICLE GROUP**
**10370 HEMET STREET, #350**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __4694__

Basis for the claim:  **BUSINESS DEBT / MARQUE MOTOR COACH**
**8142-2522/2012 VAN TOOL TD45 DOUBLE DECKER MOTOR COACH**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$378,278.00** |
|---|---|---|---|

**MARLIN COMMERCIAL VEHICLE GROUP**
**10370 HEMET STREET, #350**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **BUSINESS DEBT / MARQUE MOTOR COACH**
**8141-2519/2012 VAN HOOL TD45 DOUBLE DECKER  MOTOR COACH**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MARQUE MOTOR COACH, LLC**
**c/o H. STAN JOHNSON, ESQ.**
**COHEN  JOHNSON PARKER EDWARD**
**375 E. WARM SPRINGS ROAD, #140**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **BUSINESS DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **2DN, LLC**
_____    Case number (if known) _____
Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MASSACHUSETTS DEPT OF REVENUE**
**BANKRUPTCY UNIT**
P.O. BOX #9564
100 CAMBRIDGE STREET, 7TH FLOOR
Boston, MA 02114-9564

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  BUSINESS DEBT / MARQUE MOTOR COACH

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,390.00 |
|---|---|---|---|

**MERCEDES BENZ FINANCIAL CORP**
P.O. BOX #685
Roanoke, TX 76262-0685

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  BUSINESS DEBT / MARQUE MOTOR COACH
1406-5604/2016 MERCEDES BENZ

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,560.00 |
|---|---|---|---|

**MERCURY TOURS**
180 S. LINDEN AVENUE
South San Francisco, CA 94080

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  BUSINESS DEBT / MARQUE MOTOR COACH
5709-7152/2006 VAN HOOL C2045

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**MERCURY TOURS**
180 S. LINDEN AVENUE
South San Francisco, CA 94080

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  BUSINESS DEBT / MARQUE MOTOR COACH
10257-0518/1995 MCI DL3

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MOUNTAIN WEST TRAVEL**
2785 E. RUSSELL ROAD, #C
Las Vegas, NV 89120

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  BUSINESS DEBT / MARQUE MOTOR COACH

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PAUL GARCELL**
9200 GOLDEN EAGLE DRIVE
Las Vegas, NV 89134

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  BUSINESS DEBT / MARQUE MOTOR COACH

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **2DN, LLC**
       Name

Case number (if known)

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$210,050.00** |
|---|---|---|---|

**PEOPLE'S CAPITAL AND LEASING CORP**
**850 MAIN STREET**
**BC03 / RC871**
**Bridgeport, CT 06604**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **BUSINESS DEBT / MARQUE MOTOR COACH**
**5608-8278/2014 VAN HOOL**

Last 4 digits of account number  **3596**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$210,050.00** |
|---|---|---|---|

**PEOPLE'S CAPITAL AND LEASING CORP**
**850 MAIN STREET**
**BC3 / RC871**
**Bridgeport, CT 06604**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **BUSINESS DEBT / MARQUE MOTOR COACH**
**5606-8276/2014 VAN HOOL**

Last 4 digits of account number  **3596**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PNC EQUIPMENT FINANCE**
**655 BUSINESS CENTER DRIVE**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **BUSINESS DEBT / MARQUE MOTOR COACH**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76,408.00** |
|---|---|---|---|

**SIGNATURE FINANCIAL LLC**
**c/o RYAN J. WORKS, ESQ.**
**McDONALD CARANO LLP**
**2300 W. SAHARA AVENUE, #1200**
**Las Vegas, NV 89102**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **BUSINESS DEBT / MARQUE MOTOR COACH**
**1105-6249/2015 MERCEDES BENZ 3500 SPRINTER VAN ADF**
**EXECUTIVE**

Last 4 digits of account number  **4145**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$355,292.00** |
|---|---|---|---|

**SIGNATURE FINANCIAL LLC**
**c/o RYAN J. WORKS, ESQ.**
**McDONALD CARANO LLP**
**2300 W. SAHARA AVENUE, #1200**
**Las Vegas, NV 89102**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **BUSINESS DEBT / MARQUE MOTOR COACH**
**4417-6100/2016 VOLVO 9700 MOTOR COACH**

Last 4 digits of account number  **4097**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$355,292.00** |
|---|---|---|---|

**SIGNATURE FINANCIAL LLC**
**c/o RYAN J. WORKS, ESQ.**
**McDONALD CARANO LLP**
**2300 W. SAHARA AVENUE, #1200**
**Las Vegas, NV 89102**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **BUSINESS DEBT / MARQUE MOTOR COACH**
**5418-6101/2016 VOLVO 9700 MOTOR COACH**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | 2DN, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340,096.00 |
|---|---|---|---|

**STERLING NATIONAL BANK**
**400 7TH AVENUE, 3RD FLOOR**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4144**

Basis for the claim:  **BUSINESS DEBT / MARQUE MOTOR COACH**
**5625-8411/2016 VOLVO 9700 MOTOR COACH**

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $611,613.00 |
|---|---|---|---|

**STERLING NATIONAL BANK**
**400 7TH AVENUE, 3RD FLOOR**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4497**

Basis for the claim:  **BUSINESS DEBT / MARQUE MOTOR COACH**
**5833-3923/2018 PREVOST H3-45 MOTOR COACH**

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210,050.00 |
|---|---|---|---|

**TCF EQUIPMENT FINANCE**
**1111 W. SAN MARNAN DRIVE, #A2 WEST**
**Waterloo, IA 50701-8926**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8100**

Basis for the claim:  **BUSINESS DEBT / MARQUE MOTOR COACH**
**5607-8277/2014 VAN HOOL CX45**

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268,391.00 |
|---|---|---|---|

**TCF EQUIPMENT FINANCE**
**1111 W. SAN MARNAN DRIVE, #A2 WEST**
**Waterloo, IA 50701-8926**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8300**

Basis for the claim:  **BUSINESS DEBT / MARQUE MOTOR COACH**
**5615-5958/2016 VOLVO 9700 MOTOR COACH**

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TIAA COMMERCIAL FINANCE**
**10 WATERVIEW BOULEVARD**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **BUSINESS DEBT / MARQUE MOTOR COACH**

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,899.54 |
|---|---|---|---|

**U.S. SMALL BUSINESS ADMINISTRATION**
**1545 HAWKINS BOULEVARD, #202**
**El Paso, TX 79925-2652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3400**

Basis for the claim:  **THREE BEARS AND A BUNNY / BUSINESS DEBT**

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $273,331.00 |
|---|---|---|---|

**VFS LEASING**
**7025 ALBERT PICK ROAD, #105**
**P.O. BOX #26131**
**Greensboro, NC 27409**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0207**

Basis for the claim:  **BUSINESS DEBT / MARQUE MOTOR COACH**
**5612-1431/2015 VOLVO 9799**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **2DN, LLC**                                                     Case number (if known) _____
       Name

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$273,331.00** |

| 3.50 | **Nonpriority creditor's name and mailing address**<br>**VFS LEASING**<br>**7025 ALBERT PICK ROAD, #105**<br>**P.O. BOX #26131**<br>**Greensboro, NC 27409** | As of the petition filing date, the claim is: *Check all that apply.*    **$273,331.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  0207** | **Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH<br>5611-1426/2015 VOLVO 9700<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**VOLVO FINANCIAL SERVICES**<br>**7025 ALBERT PICK ROAD, #105**<br>**Greensboro, NC 27409** | As of the petition filing date, the claim is: *Check all that apply.*    **$297,309.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  1400** | **Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH<br>5613-3407/2016 VOLVO 9700 MOTOR COACH<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**VOLVO FINANCIAL SERVICES**<br>**7025 ALBERT PICK ROAD, #105**<br>**Greensboro, NC 27409** | As of the petition filing date, the claim is: *Check all that apply.*    **$311,298.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  7006** | **Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH<br>5620-7311/2016 VOLVO 9700 HIGHWAY COACH<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**VOLVO FINANCIAL SERVICES**<br>**7025 ALBERT PICK ROAD, #105**<br>**Greensboro, NC 27409** | As of the petition filing date, the claim is: *Check all that apply.*    **$311,298.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  7006** | **Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH<br>5621-8407/2016 VOLVO HIGHWAY MOTOR COACH<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**VOLVO FINANCIAL SERVICES**<br>**7025 ALBERT PICK ROAD, #105**<br>**Greensboro, NC 27409** | As of the petition filing date, the claim is: *Check all that apply.*    **$311,298.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  7006** | **Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH<br>5622-7314/2016 VOLVO 9700 MOTOR COACH<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**VOLVO FINANCIAL SERVICES**<br>**7025 ALBERT PICK ROAD, #105**<br>**Greensboro, NC 27409** | As of the petition filing date, the claim is: *Check all that apply.*    **$296,742.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  1400** | **Basis for the claim:**  BUSINESS DEBT / MARQUE MOTOR COACH<br>5616-5959/2016 VOLVO 9700 MOTOR COACH<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

Debtor    **2DN, LLC**                                    Case number *(if known)* _____
            Name

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$294,356.00** |
|---|---|---|---|

**VSF LEASING**
**7025 ALBERT PICK ROAD, #105**
**P.O. BOX #26131**
**Greensboro, NC 27409**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** BUSINESS DEBT / MARQUE MOTOR COACH
5410-1699/2015 VOLVO 9700

Last 4 digits of account number  **0207**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$357,875.00** |
|---|---|---|---|

**WELLS FARGO EQUIPMENT FINANCE, INC.**
**c/o MICHAEL B. WIXOM**
**SMITH LARSEN & WIXOM**
**1935 VILLAGE CENTER CIRCLE**
**Las Vegas, NV 89134**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** BUSINESS DEBT / MARQUE MOTOR COACH
5619-8410/2016 VOLVO 9700 MOTOR COACH

Last 4 digits of account number  **4123**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,068.00** |
|---|---|---|---|

**WELLS FARGO EQUIPMENT FINANCE, INC.**
**c/o MICHAEL B. WIXOM**
**SMITH LARSEN & WIXOM**
**1935 VILLAGE CENTER CIRCLE**
**Las Vegas, NV 89134**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** BUSINESS DEBT / MARQUE MOTOR COACH
1302-6472/2015 SPRINTER SHUTTLE

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WESTERN EQUIPMENT FINANCE, INC**
**c/o MARTIN L. WELSH**
**HAYES & WELSH**
**199 N. ARROYO GRANDE BOULEVARD,**
**#200**
**Henderson, NV 89074**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** BUSINESS DEBT / MARQUE MOTOR COACH
8143-2525/2012 VAN HOOL TD45 COUBLE DECKER MOTOR COACH

Last 4 digits of account number  **7478**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **EVAN S. GOLDSTEIN, ESQ.**<br>**UPDIKE KELLY & SPELLACY**<br>**100 PEARL STREET, 17TH FLOOR**<br>**P.O. BOX #231277**<br>**Hartford, CT 06123-1277** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **JACOB D. BUNDICK, ESQ.**<br>**GREENBERG TRAURIG, LLP**<br>**10845 GRIFFITH PEAK DRIVE, #600**<br>**Las Vegas, NV 89135** | Line **3.47**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **MARTIN L. WELSH, ESQ.**<br>**HAYES & WELSH**<br>**199 N. ARROYO GRANDE BOULEVARD, #200**<br>**Henderson, NV 89074** | Line **3.59**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **2DN, LLC**
_____
Name

Case number (*if known*) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.4 **RUSSELL S. LONG**<br>**DAVIS & KUELTHAU**<br>**111 E. KI9LBOURN AVENUE, #1400**<br>**Milwaukee, WI 53202** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **RUSSELL S. LONG**<br>**DAVIS & KUELTHAU**<br>**111 E. KI9LBOURN AVENUE, #1400**<br>**Milwaukee, WI 53202** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 **STEPHEN R. KOPOLOW, ESQ.**<br>**MARK A. KIRKORSKY PC**<br>**8020 W. SAHARA AVENUE, #225**<br>**Las Vegas, NV 89117** | Line **3.45**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 **WESTLEY VILLANUEVA, ESQ.**<br>**GURSTEL LAW FIRM, PC**<br>**7674 W. LAKE MEAD BOULEVARD, #215**<br>**Las Vegas, NV 89128** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.   Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 12,517,867.70 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 12,517,867.70 |

**Fill in this information to identify the case:**

Debtor name __2DN, LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __2DN, LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | ABC COMPANIES | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.2  DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | ADVANTAGE<br>FUNDING | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.3  DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | AMERICAN<br>EXPRESS | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.4  DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | ASCENTIUM<br>CAPITAL | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.5  DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | BALBOA CAPITAL<br>CORPORATION | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |

Debtor    **2DN, LLC** _____    Case number *(if known)* _____

| | | | |
|---|---|---|---|
| **Additional Page to List More Codebtors** | | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                                    Column 2: **Creditor**

| 2.6 | **DANA NISLEY** | **10843 IRVING PARK AVENUE**<br>Las Vegas, NV 89166 | **BELL TRANS** | ☐ D _____<br>■ E/F   **3.6**<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | **DANA NISLEY** | **10843 IRVING PARK AVENUE**<br>Las Vegas, NV 89166 | **CLARK COUNTY DEPT OF AVIATION FINANCE** | ☐ D _____<br>■ E/F   **3.7**<br>☐ G _____ |
| 2.8 | **DANA NISLEY** | **10843 IRVING PARK AVENUE**<br>Las Vegas, NV 89166 | **DAY NANCE** | ☐ D _____<br>■ E/F   **3.8**<br>☐ G _____ |
| 2.9 | **DANA NISLEY** | **10843 IRVING PARK AVENUE**<br>Las Vegas, NV 89166 | **DIAMLER TRUCK FINANCIAL** | ☐ D _____<br>■ E/F   **3.9**<br>☐ G _____ |
| 2.10 | **DANA NISLEY** | **10843 IRVING PARK AVENUE**<br>Las Vegas, NV 89166 | **ECF FUNDING LLC** | ☐ D _____<br>■ E/F   **3.10**<br>☐ G _____ |
| 2.11 | **DANA NISLEY** | **10843 IRVING PARK AVENUE**<br>Las Vegas, NV 89166 | **EDSON FINANCIAL** | ☐ D _____<br>■ E/F   **3.11**<br>☐ G _____ |
| 2.12 | **DANA NISLEY** | **10843 IRVING PARK AVENUE**<br>Las Vegas, NV 89166 | **EDSON FINANCIAL** | ☐ D _____<br>■ E/F   **3.12**<br>☐ G _____ |
| 2.13 | **DANA NISLEY** | **10843 IRVING PARK AVENUE**<br>Las Vegas, NV 89166 | **ENGS COMMERCIAL FINANCE CO** | ☐ D _____<br>■ E/F   **3.13**<br>☐ G _____ |

| Debtor | 2DN, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | ENGS COMMERCIAL<br>FINANCE CO | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |
| 2.15 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | ENGS COMMERCIAL<br>FINANCE CO | ☐ D _____<br>■ E/F ___3.15___<br>☐ G _____ |
| 2.16 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | EVERBANK<br>COMMERCIAL<br>FINANCE | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.17 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | EVERBANK<br>COMMERCIAL<br>FINANCE | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |
| 2.18 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | FLEET FINANCING<br>RESOURCES | ☐ D _____<br>■ E/F ___3.18___<br>☐ G _____ |
| 2.19 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | GL VEGAS INC | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.20 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | GRECH MOTORS | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.21 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | JEFFREY ALAN<br>WHITEAKER | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **2DN, LLC** | Case number *(if known)* |
|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.22 | **DANA NISLEY** | **10843 IRVING PARK AVENUE** Las Vegas, NV 89166 | **M2 LEASE FUNDS** | ☐ D _____ ■ E/F  **3.22** ☐ G _____ |
|---|---|---|---|---|
| 2.23 | **DANA NISLEY** | **10843 IRVING PARK AVENUE** Las Vegas, NV 89166 | **M2 LEASE FUNDS** | ☐ D _____ ■ E/F  **3.23** ☐ G _____ |
| 2.24 | **DANA NISLEY** | **10843 IRVING PARK AVENUE** Las Vegas, NV 89166 | **MARLIN COMMERCIAL VEHICLE GROUP** | ☐ D _____ ■ E/F  **3.24** ☐ G _____ |
| 2.25 | **DANA NISLEY** | **10843 IRVING PARK AVENUE** Las Vegas, NV 89166 | **MARLIN COMMERCIAL VEHICLE GROUP** | ☐ D _____ ■ E/F  **3.25** ☐ G _____ |
| 2.26 | **DANA NISLEY** | **10843 IRVING PARK AVENUE** Las Vegas, NV 89166 | **MARLIN COMMERCIAL VEHICLE GROUP** | ☐ D _____ ■ E/F  **3.26** ☐ G _____ |
| 2.27 | **DANA NISLEY** | **10843 IRVING PARK AVENUE** Las Vegas, NV 89166 | **MARLIN COMMERCIAL VEHICLE GROUP** | ☐ D _____ ■ E/F  **3.27** ☐ G _____ |
| 2.28 | **DANA NISLEY** | **10843 IRVING PARK AVENUE** Las Vegas, NV 89166 | **MARLIN COMMERCIAL VEHICLE GROUP** | ☐ D _____ ■ E/F  **3.28** ☐ G _____ |
| 2.29 | **DANA NISLEY** | **10843 IRVING PARK AVENUE** Las Vegas, NV 89166 | **MARLIN COMMERCIAL VEHICLE GROUP** | ☐ D _____ ■ E/F  **3.29** ☐ G _____ |

| Debtor | 2DN, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.30 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | MARQUE MOTOR COACH, LLC | ☐ D _____<br>■ E/F ___3.30___<br>☐ G _____ |

| 2.31 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | MASSACHUSETTS DEPT OF REVENUE | ☐ D _____<br>■ E/F ___3.31___<br>☐ G _____ |

| 2.32 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | MERCEDES BENZ FINANCIAL CORP | ☐ D _____<br>■ E/F ___3.32___<br>☐ G _____ |

| 2.33 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | MERCURY TOURS | ☐ D _____<br>■ E/F ___3.33___<br>☐ G _____ |

| 2.34 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | MERCURY TOURS | ☐ D _____<br>■ E/F ___3.34___<br>☐ G _____ |

| 2.35 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | MOUNTAIN WEST TRAVEL | ☐ D _____<br>■ E/F ___3.35___<br>☐ G _____ |

| 2.36 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | PAUL GARCELL | ☐ D _____<br>■ E/F ___3.36___<br>☐ G _____ |

| 2.37 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | PEOPLE'S CAPITAL AND LEASING CORP | ☐ D _____<br>■ E/F ___3.37___<br>☐ G _____ |

| Debtor | 2DN, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.38 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | PEOPLE'S CAPITAL<br>AND LEASING CORP | ☐ D ____<br>■ E/F __3.38__<br>☐ G ____ |
| 2.39 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | PNC EQUIPMENT<br>FINANCE | ☐ D ____<br>■ E/F __3.39__<br>☐ G ____ |
| 2.40 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | SIGNATURE<br>FINANCIAL LLC | ☐ D ____<br>■ E/F __3.40__<br>☐ G ____ |
| 2.41 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | SIGNATURE<br>FINANCIAL LLC | ☐ D ____<br>■ E/F __3.41__<br>☐ G ____ |
| 2.42 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | SIGNATURE<br>FINANCIAL LLC | ☐ D ____<br>■ E/F __3.42__<br>☐ G ____ |
| 2.43 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | STERLING<br>NATIONAL BANK | ☐ D ____<br>■ E/F __3.43__<br>☐ G ____ |
| 2.44 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | STERLING<br>NATIONAL BANK | ☐ D ____<br>■ E/F __3.44__<br>☐ G ____ |
| 2.45 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | TCF EQUIPMENT<br>FINANCE | ☐ D ____<br>■ E/F __3.45__<br>☐ G ____ |

Debtor    **2DN, LLC**                                                    Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                     Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.46 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | TCF EQUIPMENT<br>FINANCE | ☐ D _____<br>■ E/F __3.46__<br>☐ G _____ |
| 2.47 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | TIAA COMMERCIAL<br>FINANCE | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |
| 2.48 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | VFS LEASING | ☐ D _____<br>■ E/F __3.49__<br>☐ G _____ |
| 2.49 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | VFS LEASING | ☐ D _____<br>■ E/F __3.50__<br>☐ G _____ |
| 2.50 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | VOLVO FINANCIAL<br>SERVICES | ☐ D _____<br>■ E/F __3.51__<br>☐ G _____ |
| 2.51 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | VOLVO FINANCIAL<br>SERVICES | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |
| 2.52 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | VOLVO FINANCIAL<br>SERVICES | ☐ D _____<br>■ E/F __3.53__<br>☐ G _____ |
| 2.53 | DANA NISLEY | 10843 IRVING PARK AVENUE<br>Las Vegas, NV 89166 | VOLVO FINANCIAL<br>SERVICES | ☐ D _____<br>■ E/F __3.54__<br>☐ G _____ |

| Debtor | **2DN, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

▌ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

2.54    **DANA NISLEY**    **10843 IRVING PARK AVENUE** **Las Vegas, NV 89166**    **VOLVO FINANCIAL SERVICES**
☐ D _____
■ E/F ___**3.55**___
☐ G _____

2.55    **DANA NISLEY**    **10843 IRVING PARK AVENUE** **Las Vegas, NV 89166**    **VSF LEASING**
☐ D _____
■ E/F ___**3.56**___
☐ G _____

2.56    **DANA NISLEY**    **10843 IRVING PARK AVENUE** **Las Vegas, NV 89166**    **WELLS FARGO EQUIPMENT FINANCE, INC.**
☐ D _____
■ E/F ___**3.57**___
☐ G _____

2.57    **DANA NISLEY**    **10843 IRVING PARK AVENUE** **Las Vegas, NV 89166**    **WELLS FARGO EQUIPMENT FINANCE, INC.**
☐ D _____
■ E/F ___**3.58**___
☐ G _____

2.58    **DANA NISLEY**    **10843 IRVING PARK AVENUE** **Las Vegas, NV 89166**    **WESTERN EQUIPMENT FINANCE, INC**
☐ D _____
■ E/F ___**3.59**___
☐ G _____

**Fill in this information to identify the case:**

Debtor name    **2DN, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For the fiscal year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | 2DN, LLC | Case number *(if known)* |
|--------|----------|--------------------------|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | M2 LEASE FUNDS, LLC vs. MARQUE MOTOR COACH, LLC 2020-CV-000835 | CIVIL | WISCONSIN CIRCUIT COURT WAUKESHA COUNTY | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. | M2 LEASE FUNDS, LLC vs. MARQUE MOTOR COACH, LLC 2019-CV-001478 | CIVIL | WISCONSIN CIRCUIT COURT WAUKESHA COUNTY | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.3. | PEOPLE'S CAPITAL AND LEASING CORP. vs. 2DN, LLC 19-CV-01337-SRU | CIVIL | US DISTRICT COURT, DIST OF CONNECTICUT | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.4. | WESTERN EQUIPMENT FINANCE, INC. vs. 2DN, LLC A-18-784995-C | CIVIL | DISTRICT COURT, CLARK COUNTY, NEVADA 200 LEWIS AVENUE Las Vegas, NV 89155 | ☐ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **2DN, LLC**                                                                    Case number *(if known)* _____

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **WELLS FARGO EQUIPMENT FINANCE, INC.** vs. **2DN, LLC** **A-18-784457-C** | **CIVIL** | **DISTRICT COURT, CLARK COUNTY, NEVADA 200 LEWIS AVENUE Las Vegas, NV 89155** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.6. | **SIGNATURE FINANCIAL, LLC** vs. **2DN, LLC** **A-18-785296-C** | **CIVIL** | **DISTRICT COURT, CLARK COUNTY, NEVADA 200 LEWIS AVENUE Las Vegas, NV 89155** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.7. | **TCF EQUIPMENT FINANCE** vs. **2DN, LLC** **A-20-818127-C** | **CIVIL** | **DISTRICT COURT, CLARK COUNTY, NEVADA 200 LEWIS AVENUE Las Vegas, NV 89155** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.8. | **TIAA COMMERCIAL FINANCE, INC.** vs. **MARQUE MOTOR COACH, LLC** **A-20-821698-B** | **CIVIL** | **DISTRICT COURT, CLARK COUNTY, NEVADA 200 LEWIS AVENUE Las Vegas, NV 89155** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.9. | **MARQUE MOTOR COACH, LLC BK** **18-16355-BTB** | **CHAPTER 11 BANKRUPTCY** **DISMISSED** | **BANKRUPTCY COURT DISTRICT OF NEVADA 300 LAS VEGAS BOULEVARD SOUTH Las Vegas, NV 89101** | ☐ Pending ☐ On appeal ■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

Debtor    **2DN, LLC**                                                Case number *(if known)*

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | DAVID MINCIN, ESQ. MINCIN LAW, PLLC 7465 W. LAKE MEAD BOULEVARD, #100 89128 | | | $1,200.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? DEBTOR'S PRINCIPAL DANIEL NISLEY | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

Debtor   __2DN, LLC_____   Case number _(if known)_ _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

| Debtor | 2DN, LLC | Case number *(if known)* |
|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **JOHN D. AMUNDSON<br>CLIFTON LARSON ALLEN LLP<br>10845 GRIFFITH PEAK DRIVE, #550<br>Las Vegas, NV 89135** | **2018 & 2019 TAXES** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **2DN, LLC** _____    Case number *(if known)* _____

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **DANIEL NISLEY** | **6625 S. VALLEY VIEW BOULEVARD, #236**<br>**Las Vegas, NV 89118** | **MANAGER - 51%** | **OPENING to CLOSING OF LLC** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **DANA NISLEY** | **6625 S. VALLEY VIEW BOULEVARD, #236**<br>**Las Vegas, NV 89118** | **MANAGER - 49%** | **OPENING to CLOSING OF LLC** |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **2DN, LLC**                                                    Case number *(if known)* _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 25, 2021**

**/s/ Daniel Nisley**                                    **Daniel Nisley**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

**United States Bankruptcy Court**
**District of Nevada**

In re    **2DN, LLC**                                     Case No. _____

                                          Debtor(s)           Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 25, 2021**                       **/s/ Daniel Nisley** _____

                                                  **Daniel Nisley**/**Manager**
                                                  Signer/Title

```
2DN, LLC
6625 S. Valley View Boulevard, #236
Las Vegas, NV 89118-4554

David Mincin
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, NV 89128

CLARK COUNTY ASSESSOR
500 S. GRAND CENTRAL PARKWAY
2ND FLOOR
Las Vegas, NV 89155

CLARK COUNTY TREASURER
500 S. GRAND CENTRAL PARKWAY
P.O. BOX #551220
Las Vegas, NV 89155-1220

INTERNAL REVENUE SERVICE
110 CITY PARKWAY
Las Vegas, NV 89106

EMPLOYMENT SECURITY DIVISION
500 E. THIRD STREET
Carson City, NV 89713-0030

NV DEPARTMENT OF TAXATION
BK SECTION
555 E. WASHINGTON, #1300
Las Vegas, NV 89101-1046

STATE OF NV DEPT OF MOTOR VEHICLES
ATTN: LEGAL DEPT.
555 WRIGHT WAY
Carson City, NV 89711-0002

LEWIS MALDONADO
US EPA REGION 9 BK CONTACT
OFFICE OF REGIONAL COUNSEL, ORC-3
75 HAWTHORNE STREET
San Francisco, CA 94105-9200

ABC COMPANIES
1506 NW 30TH STREET
Faribault, MN 55021

ADVANTAGE FUNDING
3 DAKOTA DRIVE, #200
New Hyde Park, NY 11042

AMERICAN EXPRESS
CORRESPONDENCE
P.O. BOX #981540
El Paso, TX 79998
```

ASCENTIUM CAPITAL
23970 HIGHWAY 59 N
Kingwood, TX 77339

BALBOA CAPITAL CORPORATION
2010 MAIN STREET, #1100
Irvine, CA 92614

BELL TRANS
1900 INDUSTRIAL ROAD
Las Vegas, NV 89102

CLARK COUNTY DEPT OF AVIATION FINANCE
P.O. BOX #11005
Las Vegas, NV 89111

DAY NANCE
1060 WIGWAM PARKWAY
Henderson, NV 89074

DIAMLER TRUCK FINANCIAL
P.O. BOX #901
Roanoke, TX 76262

ECF FUNDING LLC
ONE PIERCE PLACE, #1100 WEST
Itasca, IL 60143

EDSON FINANCIAL
2700 S. PRICE ROAD
MAC 53928-034
Chandler, AZ 85286

ENGS COMMERCIAL FINANCE CO
ONE PIERCE PLACE, #1100 WEST
Itasca, IL 60143

EVAN S. GOLDSTEIN, ESQ.
UPDIKE KELLY & SPELLACY
100 PEARL STREET, 17TH FLOOR
P.O. BOX #231277
Hartford, CT 06123-1277

EVERBANK COMMERCIAL FINANCE
P.O. BOX #911608
Denver, CO 80291-1608

FLEET FINANCING RESOURCES
10370 HEMET STREET, #350
Riverside, CA 92503

GL VEGAS INC
7370 DEAN MARTIN DRIVE, #409
Las Vegas, NV 89139

GRECH MOTORS
6315 ARLINGTON AVENUE
Riverside, CA 92504

JACOB D. BUNDICK, ESQ.
GREENBERG TRAURIG, LLP
10845 GRIFFITH PEAK DRIVE, #600
Las Vegas, NV 89135

JEFFREY ALAN WHITEAKER
1085 FAN CORAL AVENUE
Las Vegas, NV 89123

M2 LEASE FUNDS
175 N. PATRICK BOULEVARD, #140
Brookfield, WI 53045

MARLIN COMMERCIAL VEHICLE GROUP
10370 HEMET STREET, #350
Riverside, CA 92503

MARQUE MOTOR COACH, LLC
c/o H. STAN JOHNSON, ESQ.
COHEN  JOHNSON PARKER EDWARD
375 E. WARM SPRINGS ROAD, #140
Las Vegas, NV 89119

MARTIN L. WELSH, ESQ.
HAYES & WELSH
199 N. ARROYO GRANDE BOULEVARD, #200
Henderson, NV 89074

MASSACHUSETTS DEPT OF REVENUE
BANKRUPTCY UNIT
P.O. BOX #9564
100 CAMBRIDGE STREET, 7TH FLOOR
Boston, MA 02114-9564

MERCEDES BENZ FINANCIAL CORP
P.O. BOX #685
Roanoke, TX 76262-0685

MERCURY TOURS
180 S. LINDEN AVENUE
South San Francisco, CA 94080

MOUNTAIN WEST TRAVEL
2785 E. RUSSELL ROAD, #C
Las Vegas, NV 89120

PAUL GARCELL
9200 GOLDEN EAGLE DRIVE
Las Vegas, NV 89134

PEOPLE'S CAPITAL AND LEASING CORP
850 MAIN STREET
BC3 / RC871
Bridgeport, CT 06604

PNC EQUIPMENT FINANCE
655 BUSINESS CENTER DRIVE
Horsham, PA 19044

RUSSELL S. LONG
DAVIS & KUELTHAU
111 E. KI9LBOURN AVENUE, #1400
Milwaukee, WI 53202

SIGNATURE FINANCIAL LLC
c/o RYAN J. WORKS, ESQ.
McDONALD CARANO LLP
2300 W. SAHARA AVENUE, #1200
Las Vegas, NV 89102

STEPHEN R. KOPOLOW, ESQ.
MARK A. KIRKORSKY PC
8020 W. SAHARA AVENUE, #225
Las Vegas, NV 89117

STERLING NATIONAL BANK
400 7TH AVENUE, 3RD FLOOR
New York, NY 10018

TCF EQUIPMENT FINANCE
1111 W. SAN MARNAN DRIVE, #A2 WEST
Waterloo, IA 50701-8926

TIAA COMMERCIAL FINANCE
10 WATERVIEW BOULEVARD
Parsippany, NJ 07054

U.S. SMALL BUSINESS ADMINISTRATION
1545 HAWKINS BOULEVARD, #202
El Paso, TX 79925-2652

VFS LEASING
7025 ALBERT PICK ROAD, #105
P.O. BOX #26131
Greensboro, NC 27409

VOLVO FINANCIAL SERVICES
7025 ALBERT PICK ROAD, #105
Greensboro, NC 27409

VSF LEASING
7025 ALBERT PICK ROAD, #105
P.O. BOX #26131
Greensboro, NC 27409

```
WELLS FARGO EQUIPMENT FINANCE, INC.
c/o MICHAEL B. WIXOM
SMITH LARSEN & WIXOM
1935 VILLAGE CENTER CIRCLE
Las Vegas, NV 89134

WESTERN EQUIPMENT FINANCE, INC
c/o MARTIN L. WELSH
HAYES & WELSH
199 N. ARROYO GRANDE BOULEVARD, #200
Henderson, NV 89074

WESTLEY VILLANUEVA, ESQ.
GURSTEL LAW FIRM, PC
7674 W. LAKE MEAD BOULEVARD, #215
Las Vegas, NV 89128
```

# United States Bankruptcy Court
## District of Nevada

In re   <u>2DN, LLC</u>

Debtor(s)

Case No. _____

Chapter   <u>7</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   <u>2DN, LLC</u>   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**DANA NISLEY**
**6625 VALLEY VIEW BOULEVARD, #236**
**Las Vegas, NV 89118**

**DANIEL NISLEY**
**6625 VALLEY VIEW BOULEVARD, #236**
**Las Vegas, NV 89118**

☐ None [*Check if applicable*]

<u>February 25, 2021</u>

Date

<u>/s/ David Mincin</u>

**David Mincin 5427**

Signature of Attorney or Litigant

Counsel for   <u>2DN, LLC</u>

**MINCIN LAW, PLLC**

**7465 W. Lake Mead Boulevard, #100**
**Las Vegas, NV 89128**
**702-852-1957 Fax:N/A**
**dmincin@mincinlaw.com**

## United States Bankruptcy Court
### District of Nevada

In re  **2DN, LLC**

Debtor(s)

Case No.

Chapter    **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Daniel Nisley**, declare under penalty of perjury that I am the **Manager** of  **2DN, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 10th day of February, 2021.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Daniel Nisley**, **Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Daniel Nisley**, **Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Daniel Nisley**, **Manager** of this Corporation is authorized and directed to employ **David Mincin 5427**, attorney and the law firm of **MINCIN LAW, PLLC** to represent the corporation in such bankruptcy case."

Date  **February 16, 2021**

Signed

**Daniel Nisley**

Resolution of Board of Directors
of
**2DN, LLC**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Daniel Nisley, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Daniel Nisley, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Daniel Nisley, Manager** of this Corporation is authorized and directed to employ **David Mincin 5427**, attorney and the law firm of **MINCIN LAW, PLLC** to represent the corporation in such bankruptcy case.

Date  **February 16, 2021**                              Signed  _____

Date  **February 16, 2021**                              Signed  _____